United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA MARTINEZ,
Plaintiff,

v.

SSA COMMISSIONER, et al.,
Defendants.

Case No. 25-cv-07554-RS

**JUDGMENT**

On July 16, 2026, the Court granted Plaintiff's motion, made in the alternative, for remand with further proceedings. The Court hereby ENTERS JUDGMENT in favor of Plaintiff. The Clerk shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: July 16, 2026

RICHARD SEEBORG
United States District Judge